*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  July 7, 2016                    D-36-16

_____

In the Matter of ATTORNEYS IN
    VIOLATION OF JUDICIARY LAW
    § 468-a.

COMMITTEE ON PROFESSIONAL                MEMORANDUM AND ORDER
    STANDARDS,                               ON MOTION
                        Petitioner;

HARALAMPO KASOLAS,
                        Respondent.

(Attorney Registration No. 4165536)
_____

Calendar Date:  March 14, 2016

Before:  Lahtinen, J.P., McCarthy, Rose, Lynch and Mulvey, JJ.

_____

    Monica A. Duffy, Committee on Professional Standards,
Albany, for petitioner.

    Haralampo Kasolas, Riverdale, New Jersey, respondent
pro se.

_____

Per Curiam.

    Respondent, who was admitted to practice by this Court in
2003, was suspended by this Court's order dated January 30, 2014
for failure to comply with the attorney registration requirements
of Judiciary Law § 468-a (113 AD3d 1020 [2014]).

    Respondent now requests reinstatement on the ground that he
has complied with the attorney registration requirements of
Judiciary Law § 468-a and the Rules of the Chief Administrator of

the Courts (see 22 NYCRR part 118).  Petitioner does not object to respondent's application.

Respondent's application is granted and he is ordered reinstated, effective immediately.

Lahtinen, J.P., McCarthy, Rose, Lynch and Mulvey, JJ., concur.

ORDERED that respondent's application is granted; and it is further

ORDERED that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.

ENTER:

Robert D. Mayberger
Clerk of the Court